UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN M. WALLACE,<br><br>    Defendant. | '07 DEC 13 P3:22<br><br>Case No. 07-CR-<br>[T.29 U.S.C. § 501(c)]<br><br>**07 CR 326**<br><br>**INFORMATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all times relevant:

    a. Local 02-356 of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers ("Local 02-356"), whose members worked in Milwaukee, Wisconsin, was a labor organization engaged in an industry affecting commerce.

    b. The defendant, Carolyn M. Wallace, was the president of Local 02-356.

2. During the period from approximately January 2004 through December 2005, in the State and Eastern District of Wisconsin,

**CAROLYN M. WALLACE**

did knowingly embezzle and unlawfully and willfully convert to her own use and the use of another, approximately $25,200 belonging to Local 02-356, by fraudulently writing checks on the union's bank account payable to herself and other third parties.

All in violation of Title 29, United States Code, Section 501(c).

12/13/07
Date

STEVEN M. BISKUPIC
United States Attorney